No. 986. HILAND DAIRY, INC., ET AL. *v.* KROGER CO. C. A. 8th Cir. The Solicitor General is invited to file a brief expressing the views of the United States. MR. JUSTICE FORTAS took no part in the consideration or decision of this order.

No. 744, Misc. GREEN ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA ET AL. Motion for leave to file petition for writ of mandamus denied. *William C. Erbecker* for petitioners.

No. 1413, Misc. SKOLNICK ET AL. *v.* MAYOR OF CHICAGO ET AL. Motion for leave to file petition for writ of mandamus denied. *Raymond F. Simon, Marvin E. Aspen,* and *Edmund Hatfield* for respondents Mayor of Chicago et al.

No. 928. ANDERSON ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Melvin B. Lewis* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 969. THOMSON *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied. *Lawrence H. Miller* for petitioner.